**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KRISTEN GARCIA,<br>　　　　　　　Plaintiff(s),<br>vs.<br>EMBARQ MANAGEMENT COMPANY,<br>　　　　　　　Defendant(s). | Case No. 2:16-cv-00126-JAD-VCF<br><br>**ORDER** |

　　　The parties settled this case during an early neutral evaluation, and were ordered to file dismissal papers by July 15, 2016. Docket No. 19. To date, the parties have failed to comply. Accordingly, no later than September 30, 2016, the parties shall file dismissal papers or a status report.

　　　IT IS SO ORDERED.

　　　Dated: September 23, 2016

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge